NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1069, -1070

JAPAN CASH MACHINE CO., LTD.
and JCM AMERICAN CORP.,

Plaintiffs-Appellants,

v.

MEI, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Nevada
in case no. 05-CV-1433, Judge Robert C. Jones.

ON MOTION

Before LINN, Circuit Judge.

## ORDER

Upon consideration of the opposed motion of MEI, Inc. for an extension of time,
until May 3, 2010, to file its opening brief,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAR 1 8 2010**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: David B. Abel, Esq.
Michael T. Renaud, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2010

JAN HORBALY
CLERK